# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:                                                    Case No. 13-31758

      Tonzell Brumley
      Renee L Brumley
            Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 08/08/2013.

2) The plan was confirmed on 12/17/2013.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was converted on 10/02/2014.

6) Number of months from filing to last payment: 10.

7) Number of months case was pending: 15.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted:  NA .

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

## Receipts:

|  |  |
|---|---|
| Total paid by or on behalf of the debtor | $6,920.00 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$6,920.00** |

## Expenses of Administration:

|  |  |
|---|---|
| Attorney's Fees Paid Through the Plan | $2,553.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $346.90 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$2,899.90** |

Attorney fees paid and disclosed by debtor:        $1,100.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ADT SECURITY SYSTEMS | Unsecured | 266.89 | NA | NA | 0.00 | 0.00 |
| AMERICREDIT FINANCIAL SVC | Secured | 9,260.67 | 9,625.00 | 9,625.00 | 2,946.01 | 124.09 |
| AMERICREDIT FINANCIAL SVC | Unsecured | NA | 638.50 | 638.50 | 0.00 | 0.00 |
| Avon | Unsecured | 323.54 | NA | NA | 0.00 | 0.00 |
| Beauty Dental | Unsecured | 401.24 | NA | NA | 0.00 | 0.00 |
| Capital Management Services LP | Unsecured | 843.37 | NA | NA | 0.00 | 0.00 |
| Casey Maintenance Inc | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| CBE GROUP | Unsecured | 112.00 | NA | NA | 0.00 | 0.00 |
| Chase | Unsecured | 568.08 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 244.00 | 156.00 | 156.00 | 0.00 | 0.00 |
| CITY OF CHICAGO WATER DEPT | Secured | 588.50 | 616.45 | 616.45 | 561.76 | 3.98 |
| CITY OF CHICAGO WATER DEPT | Unsecured | 588.50 | NA | NA | 0.00 | 0.00 |
| Cmre Financial Services Inc | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Cmre Financial Services Inc | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Unsecured | 431.64 | NA | NA | 0.00 | 0.00 |
| Comenity bank/The Sports Authority (TS/ | Unsecured | 624.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | NA | 132.82 | 132.82 | 0.00 | 0.00 |
| Credit Collection Services | Unsecured | 361.00 | NA | NA | 0.00 | 0.00 |
| Enhanced Recovery Corp | Unsecured | 112.00 | NA | NA | 0.00 | 0.00 |
| Enhanced Recovery Corp | Unsecured | 105.00 | NA | NA | 0.00 | 0.00 |
| EPMG of Illinois | Unsecured | 680.00 | NA | NA | 0.00 | 0.00 |
| FBCS Services | Unsecured | 125.00 | NA | NA | 0.00 | 0.00 |
| HOME DEPOT | Unsecured | 41.15 | NA | NA | 0.00 | 0.00 |
| HSBC | Unsecured | 1,024.02 | NA | NA | 0.00 | 0.00 |
| ILLINOIS BELL TELEPHONE CO | Unsecured | 301.82 | 406.42 | 406.42 | 0.00 | 0.00 |
| Infinity Group Receivables | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | 2,185.79 | 2,269.39 | 2,269.39 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 885.09 | 1,025.50 | 1,025.50 | 0.00 | 0.00 |
| Loyola University Health System | Unsecured | 175.00 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | 1,181.00 | 745.44 | 745.44 | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | NA | 260.66 | 260.66 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Natl Recover | Unsecured | 51.00 | NA | NA | 0.00 | 0.00 |
| PALISADES | Unsecured | NA | 736.07 | 736.07 | 0.00 | 0.00 |
| PEOPLES GAS LIGHT & COKE CO | Unsecured | 704.55 | 659.29 | 659.29 | 0.00 | 0.00 |
| Professional Account Management | Unsecured | 120.79 | NA | NA | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | 624.30 | 624.30 | 624.30 | 0.00 | 0.00 |
| Rollins Service Bureau | Unsecured | 160.00 | NA | NA | 0.00 | 0.00 |
| TRS Recovery Services, Inc. | Unsecured | 482.85 | NA | NA | 0.00 | 0.00 |
| US BANK HOME MORTGAGE | Unsecured | 101,471.00 | NA | NA | 0.00 | 0.00 |
| US BANK HOME MORTGAGE | Secured | NA | 29,339.38 | 20,000.00 | 384.26 | 0.00 |
| US BANK HOME MORTGAGE | Secured | 100,000.00 | 196,924.78 | 226,264.16 | 0.00 | 0.00 |
| US BANK NA | Unsecured | 480.58 | 480.58 | 480.58 | 0.00 | 0.00 |
| WEST ASSET MANAGEMENT | Unsecured | 104.60 | NA | NA | 0.00 | 0.00 |
| West Suburban medical center | Unsecured | 325.00 | NA | NA | 0.00 | 0.00 |

## Summary of Disbursements to Creditors:

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $226,264.16 | $0.00 | $0.00 |
| Mortgage Arrearage | $20,000.00 | $384.26 | $0.00 |
| Debt Secured by Vehicle | $9,625.00 | $2,946.01 | $124.09 |
| All Other Secured | $616.45 | $561.76 | $3.98 |
| **TOTAL SECURED:** | **$256,505.61** | **$3,892.03** | **$128.07** |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $1,025.50 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$1,025.50** | **$0.00** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | **$7,109.47** | **$0.00** | **$0.00** |

## Disbursements:

| | |
|---|---|
| Expenses of Administration | $2,899.90 |
| Disbursements to Creditors | $4,020.10 |
| | |
| **TOTAL DISBURSEMENTS** : | **$6,920.00** |

UST Form 101-13-FR-S (09/01/2009)

12)  The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 11/06/2014                           By: /s/ Tom Vaughn
                                                Trustee


**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**